UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-61738-Civ-COOKE/GOODMAN

RAYMOND MAHLBERG,

    Plaintiff,

v.

PACIFIC SUNWEAR STORES LLC,
d/b/a PACSUN,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff RAYMOND T. MAHLBERG and Defendant PACIFIC SUNWEAR STORES LLC, d/b/a PACSUN, hereby notify the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated this 5th day of February 2021.

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*s/ Myra B. Villamor*
Myra B. Villamor (*admitted pro hac vice*)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
mvillamor@seyfarth.com
Attorneys for Defendant
PACIFIC SUNWEAR STORES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel.

*s/Acacia Barros*

Attorney for Plaintiff
ACACIA BARROS, P.A.